NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAXWELL HENRY,                              )
                                            )
              Appellant,                    )
                                            )
v.                                          )          Case No. 2D17-4969
                                            )
STATE OF FLORIDA,                           )
                                            )
              Appellee.                     )
_____)

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

        Affirmed.  See Adderly v. State, 958 So. 2d 997 (Fla. 5th DCA 2007).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.